FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

98 SEP 15 PM 3: 41

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ROMUALDO SUAREZ BERRIEL, | } |
| Plaintiff, | } |
| v. | } CASE NO. CV 96-AR-2561-E |
| JOE SAXMAN, | } |
| Defendant. | } |

ENTERED

SEP 15 1998

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accordance with the recommendation, the defendant's motion for summary judgment is due to be granted and this complaint is due to be dismissed with prejudice. An appropriate order will be entered.

DONE this 15 day of September, 1998.

WILLIAM M. ACKER, JR.
United States District Judge